UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Apasha A. Blocker,

Plaintiff,

vs.

Brookfield Properties L.L.C. and Four Unidentified Security Guards

Defendants.

Civil File Number: 00-1459 (PAM/JGL)
Case Type: Civil Rights

**ORDER**

On January 23, 2001 Plaintiff Apasha A. Blocker brought forth a motion to extend the Court's Scheduling Order. Defendant Brookfield Properties L.L.C. and Four Unidentified Security Guards have not opposed Plaintiff's motion. With good cause being shown the Court hereby finds as follows:

Plaintiff has shown "Good Cause" for extending the dates contained within the Court's September 19, 2000 Pretrial Scheduling Order. Accordingly:

***It is hereby ordered*** that all dates contained within the Court's Pretrial Schedule dated September 19, 2000 are hereby extended by 180 days.

Dated: January 24, 2001

Signed: ______________________
Magistrate Judge Jonathan Lebedoff

JAN 25 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________