UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Apasha A. Blocker,

Plaintiff,

v.

Brookfield Properties LLC and Four Unidentified Security Guards,

Defendants.

Civil File No. 00-1459 PAM/JGL

**ORDER**

On March 1, 2001 the motion of Defendant Brookfield Properties (US) LLC came on for hearing before the undersigned. Plaintiff was represented by her attorney Michael Mobley, Esq., and defendant was represented by Karna A. Berg, Esq.

Based upon the legal memoranda of counsel, arguments of counsel and the files, records and proceedings herein, IT IS HEREBY ORDERED:

That defendant Brookfield Properties LLC is granted leave to take the deposition of Alice Norris.

Dated: ~~February~~ March 1, 2001

United States District Court
U.S. Magistrate Judge

FILED MAR 0 1 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.

1226533.1