UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aphasa Blocker,

Civ. File No. 00-1459 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Brookfield Properties L.L.C.,
and Four Unidentified
Security Guards,

Defendants.

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge Jonathan G. Lebedoff dated May 14, 2001. The Report and Recommendation ("R&R") recommends that the Court dismiss Plaintiff's Complaint without prejudice for failure to prosecute the action. As a condition of refiling her lawsuit, however, the R&R also recommends that Plaintiff be required to pay Defendant Brookfield Properties' costs and attorney's fees in the amount of $1500. Defendant filed timely Objections to the Report and Recommendation, and Plaintiff responded to those objections.

The Court must conduct a de novo review of any portion of the Magistrate Judge's opinion to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Local Rule 72.1(c)(2). Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and Plaintiff's claims should be dismissed without prejudice. The Court further concludes that

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

Magistrate Judge Lebedoff's decision to require Plaintiff to pay Defendant's fees in the amount of $1500 if she chooses to refile her lawsuit is correct.

Both parties have engaged in name-calling and thinly veiled accusations of professional misconduct against opposing counsel. The Court expects civility among litigants, especially in a case such as this, where there is no dispute that the matter should be dismissed. The parties would be well advised to avoid such inflammatory language in any future submissions to this Court.

As the statute requires, the Court has conducted a de novo review of the record regarding Magistrate Judge Lebedoff's Report and Recommendation. See 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review and all the arguments of the parties, the Court **ADOPTS** the Report and Recommendation.

Accordingly, based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**; and
2. As a condition of refiling her lawsuit, Plaintiff must reimburse Defendant Brookfield Properties L.L.C. the amount of $1500 for costs and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 13, 2001

Paul A. Magnuson
United States District Court Judge